UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>    Defendant. | C.A. No. 2:21-cv-00073 (E.D. Cal.) |

**[PROPOSED] ORDER**

Upon review of non-party Environmental Defense Fund, Inc.'s ("EDF") Motion to Quash or Limit a subpoena served upon it by Pacific Bell in the captioned matter pending in the United States District Court for the Eastern District of California, and to Transfer said Motion to the District Court from which the subpoena was issued,

**IT IS HEREBY ORDERED THAT** the Motion be, and it hereby is, **GRANTED** as follows:

1. The Motion [is] [is not] transferred to the United States District Court for the Eastern District of California for resolution by that Court as part of Case No. 2:21-cv-00073 currently pending before that Court.

ALTERNATIVELY

2. The subpoena that is the subject of this Motion is [quashed] [limited] to require that EDF produce only the following: (i) documents showing the actual collection, sampling, testing, or analysis of the submarine cables at issue in the California Lawsuit; (ii) the contracts between EDF and non-party Marine Taxonomic Services, Ltd. and related invoices; and (iii) communications with Below the Blue a small a small, non-profit, community-based organization

that discovered the Lake Tahoe cables more than a decade ago, and whose principal researchers also work for MTS; and specifically excluding (i) communications with the *Wall Street Journal* and other media, (ii) communications with Congressional staff; and (iii) documents and communications concerning EDF's and Mr. Neltner's work on lead, generally. Further, EDF's duty to produce any such documents is limited to documents created between March 1, 2022, and August 23, 2023.

**IT IS SO ORDERED**

Dated: _____, 2023
Washington, D.C.

_____
United States District Judge

Copies to Counsel:

Andrew L. Packard
William N. Carlon
LAW OFFICES OF ANDREW L. PACKARD
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
Email: andrew@packardlawoffices.com
Email: wncarlon@packardlawoffices.com

William Verick
KLAMATH ENVIRONMENTAL LAW CENTER
1125 16th Street, Suite 204
Arcata, CA 95521
Tel: (707) 630-5061
Fax: (707) 630-5064
Email: wverick@igc.org

J. Kirk Boyd
LAW OFFICE OF JOHN KIRK BOYD
548 Market St., Suite 1300
San Francisco, CA 94104-5401

Navi Dhillon
Deborah Schmall
Peter C. Meier
Lucas Grunbaum
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Tel: (415) 856-7000
Email: navidhillon@paulhastings.com
Email: deborahschmall@paulhastings.com
Email: petermeier@paulhastings.com
Email: lucasgrunbaum@paulhastings.com

Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 North LaSalle Street, Ste. 2400
Chicago, IL 60654-3406
Tel: (312) 862-2410
Email: mark.nomellini@kirkland.com

Tel: (415) 440-2500
Email: jkb@drjkb.com

*Counsel for Plaintiff, California Sportfishing Protection Alliance*

*Counsel for Defendant, Pacific Bell Telephone Company*

Alan M. Freeman
BLANK ROME LLP
1825 Eye Street, NW
Washington, D.C. 20006
Tel: (202) 420-2200
Fax: (202) 572-8370
Email: Alan.Freeman@blankrome.com

Naomi Zwillenberg
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
Tel: (215) 569-5426
Fax: (215) 834-5426
Email: Naomi.Zwillenberg@blankrome.com

Oliver Jury
BLANK ROME LLP
1825 Eye Street, NW
Washington, D.C. 20006
Tel: (202) 420-715
Fax: (202) 217-3465
Email: Oliver.Jury@blankrome.com

*Counsel for Environmental Defense Fund*

DATED: November 16, 2023

          Respectfully submitted,

          BLANK ROME LLP

          By: _____
          Alan M. Freeman (DC Bar No. 454693)
          1825 Eye Street, NW
          Washington, D.C. 20006
          Tel: (202) 420-2200
          Fax: (202) 572-8370
          Email: Alan.Freeman@blankrome.com

          *Counsel for Environmental Defense Fund*

*Of Counsel*:

Naomi Zwillenberg
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
Tel: (215) 569-5426
Fax: (215) 834-5426
Email: Naomi.Zwillenberg@blankrome.com


Oliver Jury
BLANK ROME LLP
1825 Eye Street, NW
Washington, D.C. 20006
Tel: (202) 420-715
Fax: (202) 217-3465
Email: Oliver.Jury@blankrome.com