CO-386
10/2018

# United States District Court
# For the District of Columbia

| | |
|---|---|
| California Sportfishing Protection Alliance )<br>)<br>)<br>                Plaintiff )<br>   vs )<br>Pacific Bell Telephone Company )<br>)<br>)<br>                Defendant ) | Civil Action No. 2:21-cv-00073 (E.D. Cal.)<br><br>Case: 1:23−mc−00125<br>Assigned To : Kelly, Timothy J.<br>Assign. Date : 11/16/2023<br>Description: Civil Misc. (O−DECK) |

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for  Environmental Defense Fund, Inc. ("EDF")  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Environmental Defense Fund, Inc. ("EDF")  which have any outstanding securities in the hands of the public:

> EDF states that it is a not-for-profit non-governmental organization whose mission includes protection of public health and the environment. There is no parent corporation or publicly held corporation owning 10% or more of EDF's stock.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Alan Freeman*
_____
Signature

**454693**
_____
BAR IDENTIFICATION NO.

**Alan Freeman**
_____
Print Name

**Blank Rome LLP, 1025 Eye Street, NW**
_____
Address

**Washington**    **DC**    **20006**
_____
City    State    Zip Code

**202-772-5925**
_____
Phone Number

**RECEIVED**
NOV 16 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia