## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, P.O. Box 1061 Groveland, CA 95321, <br><br>    Plaintiff, <br><br> v. <br><br>PACIFIC BELL TELEPHONE COMPANY, 208 S. Akard Street 20F Dallas, TX 75202, <br><br>    Defendant. | C.A. No. 2:21-cv-00073 (E.D. Cal.) <br><br>Case: 1:23−mc−00125 <br>Assigned To : Kelly, Timothy J. <br>Assign. Date : 11/16/2023 <br>Description: Civil Misc. (O−DECK) |

### ENTRY OF APPEARANCE

 Please take notice that the undersigned attorney hereby appears as counsel in this action on behalf of third-party Environmental Defense Fund, and requests that all papers in this action be served upon, and all communications directed to, the undersigned at the address provided below.

DATED: November 16, 2023

            Respectfully submitted,

            BLANK ROME LLP

            By: _/s/ Alan M. Freeman_
            Alan M. Freeman (DC Bar No. 454693)
            1825 Eye Street, NW
            Washington, D.C. 20006
            Tel: (202) 420-2200
            Fax: (202) 572-8370
            Email: Alan.Freeman@blankrome.com

            *Counsel for Environmental Defense Fund*

**RECEIVED**
NOV 16 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia