

# United States District Court
# Eastern District of California

| California Sportfishing Protection Alliance | Case Number: | 2:24-mc-0004-DAD-DB |

Plaintiff(s)

V.

| Pacific Bell Telephone Company |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Naomi Zwillenberg                        hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Non-Party Movant ENVIRONMENTAL DEFENSE FUND, INC.

On _____10/27/2014_____ (date), I was admitted to practice and presently in good standing in the

_____Commonwealth of Pennsylvania_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____05/21/2024_____      Signature of Applicant: /s/ _____Naomi Zwillenberg_____

**Pro Hac Vice Attorney**

Applicant's Name:      Naomi Zwillenberg

Law Firm Name:      Blank Rome LLP

Address:      One Logan Square

130 N. 18th Street

City:  Philadelphia          State:  PA    Zip:  19103

Phone Number w/Area Code: (215) 569-5426

City and State of Residence:  Merion Station, PA

Primary E-mail Address:  naomi.zwillenberg@blankrome.com

Secondary E-mail Address:  nzwillenberg@blankrome.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:      Harrison Brown

Law Firm Name:      Blank Rome LLP

Address:      2029 Century Park East, 6th Floor

City:  Los Angeles          State:  CA    Zip:  90067

Phone Number w/Area Code: (424) 239-3400          Bar #  291503

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  May 21, 2024

_Dale A. Drozd_

JUDGE, U.S. DISTRICT COURT