BLANK ROME LLP
Harrison Brown (SBN 291503)
harrison.brown@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile:  424.239.3434

Naomi Zwillenberg (admitted *pro hac vice*)
naomi.zwillenberg@blankrome.com
1825 Eye Street NW
Washington, D.C. 20006
Telephone: 202.420.2200
Facsimile:  202.420.2201

Attorneys for Non-Party Movant
ENVIRONMENTAL DEFENSE FUND, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>                    Plaintiff,<br><br>    vs.<br><br>PACIFIC BELL TELEPHONE COMPANY,<br><br>                    Defendant. | Case No. 2:24-mc-0004-DAD-DB<br><br>**NOTICE OF WITHDRAWAL OF ALAN M. FREEMAN AS COUNSEL FOR NON-PARTY MOVANT ENVIRONMENTAL DEFENSE FUND, INC.**<br><br>Action Filed:    November 16, 2023<br>Trial Date:      N/A |

135758388

Case No. 2:24-mc-00004-DAD-DB

**NOTICE OF WITHDRAWAL OF ALAN M. FREEMAN AS COUNSEL FOR NON-PARTY MOVANT ENVIRONMENTAL DEFENSE FUND, INC.**

TO THIS HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Alan M. Freeman withdraws as counsel for Non-Party Movant Environmental Defense Fund, Inc. ("EDF"). Harrison Brown and Naomi Zwillenberg of Blank Rome LLP will continue to serve as counsel of record for EDF.

DATED: June 5, 2024          BLANK ROME LLP

By: /s/ Harrison Brown
    Harrison Brown
    Naomi Zwillenberg
    Attorneys for Non-Party Movant
    ENVIRONMENTAL DEFENSE FUND, INC.